BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JAMES KI, WSBN 42978
Special Assistant United States Attorney
　　Office of Program Litigation, Office 7
　　Office of the General Counsel
　　Social Security Administration
　　6401 Security Boulevard
　　Baltimore, MD 21235
　　Tel: (212) 264-2435
　　E-mail: james.ki@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ANTONIO VILLASENOR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 5:25-cv-00719-MBK<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

```
 1        IT IS ORDERED AND ADJUDGED that this case is reversed and remanded
 2   pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social
 3   Security for further administrative proceedings pursuant to this Court's ORDER of
 4   remand, issued on __June 10_____, 2025.
 5
 6   DATED:   7/10/2025          _____/s/_____
 7                                HONORABLE MICHAEL B. KAUFMAN
 8                                UNITED STATES MAGISTRATE JUDGE
```

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on __June 10__, 202__5__.

DATED: __7/10/2025__          _[signature]_

HONORABLE MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE